DILLARD ET AL., APPELLEES, *v.* CLEVELAND METROPOLITAN
SCHOOL DISTRICT ET AL., APPELLANTS.

[Cite as *Dillard v. Cleveland Metro. School Dist.,*
131 Ohio St.3d 371, 2012-Ohio-1223.]

(No. 2011–1957—Submitted March 21, 2012—Decided March 27, 2012.)

{¶ 1} The discretionary appeal is accepted on Proposition of Law I.

{¶ 2} The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for application of the Eighth District's en banc decision in *DiGiorgio v. Cleveland,* 196 Ohio App.3d 575, 2011-Ohio-5824, 964 N.E.2d 495.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Bashein & Bashein Co., L.P.A., and W. Craig Bashein; and Paul W. Flowers Co., L.P.A., and Paul W. Flowers, for appellees, Ni–Asia Dillard and Nur–Ur–Din Dillard.

Wayne J. Belock, Joseph J. Jerse, and David J. Sipusic, for appellants, Cleveland Metropolitan School District and Mr. Little.